UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL CINEMAS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE SHOPS AT SUMMERLIN NORTH, LP; ELK GROVE TOWN CENTER, L.P.; THE HOWARD HUGHES CORPORATION and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02854-MCE-AC<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEADLINE FOR FILING OPPOSITION AND REPLY BRIEFS**<br><br>Date:　March 23, 2017<br>Time:　2:00 p.m.<br>Place:　Courtroom 7, 14th Floor<br>　　　　501 I Street<br>　　　　Sacramento, CA  95814<br><br>Complaint Filed:  10/28/2016 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13039623.1
227650-10001

ORDER CONTINUING HEARING ON
DEFENDANTS' MOTION TO DISMISS

Having reviewed the parties' Stipulation to Continue the Hearing on the Motion to Dismiss and Extending Deadline for Filing Opposition and Reply Briefs, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The hearing on the Motion to Dismiss is continued from March 23, 2017, to **May 18, 2017**;

2. The deadline for Plaintiff's opposition to the Motion to Dismiss is extended from March 9, 2017, to **May 4, 2017**.

3. The deadline for Defendants to file a reply brief in support of the Motion to Dismiss is extended from March 16, 2017, to **May 11, 2017**.

IT IS SO ORDERED.

DATED: March 8, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13039623.1
227650-10001

1

ORDER CONTINUING HEARING ON
DEFENDANTS' MOTION TO DISMISS